HILLSBORO KENNEL CLUB, INC., A CORPORATION, *Appellant,* v STATE OF FLORIDA *ex rel.* R. E. L. CHANCEY, AS COUNTY SOLICITOR FOR HILLSBOROUGH COUNTY, *Appellee.*

En Banc.

Decision Filed March 9, 1927.

An Appeal from the Circuit Court for Hillsborough County; F. M. Robes, Judge.

*Palmer, Dickenson & Shurley,* for Appellant;

*R. E. L. Chancey, R. G. Tittsworth* and *Herbert S. Phillips,* for Appellee.

PER CURIAM.—Upon the authority of the opinions filed at this term of the Court in the case of Pompano Horse Club,

Inc., v. State *ex rel.* Bryan and Tampa Jockey Club v. State *ex rel.* Chancey as County Solicitor, it is considered, ordered and decreed by the Court that the decree of the Court below in this cause be and the same is hereby affirmed and that the order of supersedeas heretofore entered in this cause be and the same is hereby vacated.

WHITFIELD, TERRELL, STRUM, BROWN AND BUFORD, J. J., concur.

ELLIS, C. J., dissents.